No. 308. BENTON ET AL. v. McCARTHY ET AL. C. A. 2d Cir. Certiorari denied. *Thaddeus G. Benton* for petitioners. *Edward M. Garlock* for respondents. ■■

No. 309. DUKE MOLNER WHOLESALE LIQUOR Co., INC., ET AL. v. MARTIN, DIRECTOR, DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL, ET AL. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Murray M. Chotiner, Russell E. Parsons* and *Jerome L. Ehrlich* for petitioners.

No. 327. PEYTON v. ALABAMA. Court of Appeals of Alabama. Certiorari denied. *Crampton Harris* and *Claud D. Scruggs* for petitioner. *MacDonald Gallion,* Attorney General of Alabama, and *George D. Mentz,* Assistant Attorney General, for respondent.

No. 333. NEW YORK, NEW HAVEN & HARTFORD RAILROAD Co. v. McWEENEY. C. A. 2d Cir. Certiorari denied. *Robert M. Peet* for petitioner. *William Paul Allen* for respondent.

No. 334. DELTA AIR LINES, INC., v. CIVIL AERONAUTICS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *James F. Bell* for petitioner. *Solicitor General Rankin, Assistant Attorney General Bicks, Franklin M. Stone* and *O. D. Ozment* for respondent.

No. 320. FIORITO v. ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Charles A. Bellows* for petitioner.